RAYMOND C. CHO     #8337-0
1188 Bishop St., Suite 3408
Honolulu, Hawaii 96813
Telephone: (808) 545-4600
Facsimile:  (808) 545-4601
rcho@affinitylaw.com


ATTORNEY FOR DEBTOR
TERRIE LYNN L.M.L. SPOTKAEFF

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>TERRIE LYNN L.M.L. SPOTKAEFF | CASE No. 11-00963 (RJF)<br>(Chapter 7 to be converted to Chapter 13)<br><br>**NOTICE OF APPEARANCE AS COUNSEL FOR DEBTOR TERRIE LYNN L.M.L. SPOTKAEFF; CERTIFICATE OF SERVICE** |

**NOTICE OF APPEARANCE AS COUNSEL
FOR DEBTOR TERRIE LYNN L.M.L. SPOTKAEFF**

RAYMOND C. CHO of the law firm of AFFINITY LAW GROUP, LLLC hereby enters

his appearance for Debtor TERRIE LYNN L.M.L. SPOTKAEFF

DATED: Honolulu, Hawaii, June 3, 2011            .

/s/Raymond C. Cho
RAYMOND C. CHO
Attorney for Debtor


/s/Terrie Lynn L.M. Spotkaeff
TERRIE LYNN L.M.L. SPOTKAEFF
DEBTOR