# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

In Re:

**Terrie Lynn L.M.L. Spotkaeff**  Case No.: **11–00963**

Debtor(s).  Chapter: **13**

SSN of Debtor: xxx–xx–1232

SSN of Joint Debtor:

*Date Entered: June 21, 2011*

### ORDER CONVERTING CHAPTER 7
### CASE TO A CHAPTER 13 CASE

The debtor has requested conversion under 11 U.S.C. § 706(a).

**IT IS HEREBY ORDERED:**

1. This case is converted to a case under chapter 13 of the Bankruptcy Code.

2. Within 14 days after the date of entry of this order, the debtor shall file:

   a. The schedules and statements required by 11 U.S.C. § 521(1) and Fed. R. Bankr. P. 1019(1)(A), if such documents have not been previously filed;

   b. A chapter 13 plan as required by 11 U.S.C. § 1321 and Fed. R. Bankr. P. 3015(b); and

   c. If this case commenced on or after October 17, 2005, Official Form B22C – Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income.

3. The debtor shall commence making the payments proposed by a plan within 30 days after the date of this order as required by 11 U.S.C. § 1326.

4. If the debtor fails timely to comply with the above–described requirements, the court may dismiss the case and bar the debtor from filing a subsequent petition for 180 days after the date of entry of this order, without further notice or a hearing.

5. The chapter 7 trustee shall:

   a. Forthwith turn over to the debtor all records and property of the estate in the chapter 7 trustee's possession and control; and

   b. Make a final report and file a final account of the administration of the estate with the court and the United States Trustee in accordance with 11 U.S.C. § 704(9), within 30 days after the date of entry of this order.

6. Within 30 days after the date of entry of this order, the chapter 7 trustee or any other party entitled to compensation from the estate may file an application for compensation and reimbursement of expenses.

**Dated: June 21, 2011**   *Robert J. Faris*

Honolulu, Hawaii   United States Bankruptcy Judge